FILED: November 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4409
(7:12-cr-00127-D-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM HAYWOOD HOUCK

    Defendant - Appellant

_____

No. 13-4562
(7:12-cr-00127-D-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

TITUS TERRELL GRADY, a/k/a Hell Rell

    Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to deconsolidate and deconsolidates further proceedings on appeal in these cases.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk